JS-6

The Law Offices of Yanny and Smith
Joseph A. Yanny (SBN 97979)
Andrea X. Ales Viney (SBN 330928)
1801 Century Park
Los Angeles, California 90067
(310) 551-2966
jyanny@yannylaw.com
andreaales@yannylaw.com

Attorneys for Plaintiffs

Daniel C. Stein, Bar No. 250102
dstein@fennemorelaw.com
FENNEMORE LLP
8080 N Palm Avenue, Third Floor
Fresno, California 93711
Tel: (559) 432-4500 / Fax: (559) 432-4590

Attorneys for Alice Hollywood, Inc., and
Shane Gonzales

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WEST COAST CHOPPERS INC., a Texas Corporation, VANILLA GORILLA, L.P., a Texas Limited Partnership, and JESSE GREGORY JAMES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ALICE HOLLYWOOD, INC., a California Corporation, and SHANE GONZALES, an individual, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. CV 26-4858-GW-MARx<br><br>**ORDER ON STIPULATION TO DISMISS WITHOUT PREJUDICE** |

Having considered the Parties' Stipulation to Dismiss Without Prejudice, IT IS ORDERED that:

1. The Stipulation is APPROVED.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is

hereby DISMISSED WITHOUT PREJUDICE, with each party to bear their own costs, expenses, and fees.

3. The Court shall retain jurisdiction of this action for purposes of resolving any disputes that may arise in the future regarding the Parties' confidential settlement agreement (the "Settlement Agreement") its terms or the enforcement thereof.

4. The order to show cause hearing presently set in this action for September 24, 2026 at 8:30 a.m. is VACATED. Any deadlines or dates vacated by the Court in connection with settlement remain vacated unless otherwise ordered.

IT IS SO ORDERED.

Dated: September 21, 2026

George H. Wu

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE